# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JIEM SAECHAO, ET AL.,**

CASE NO: **2:10–CV–01571–MCE–KJN**

v.

**INDYMAC MORTGAGE SERVICES, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/14/11**

**Victoria C. Minor**
Clerk of Court

ENTERED:  **April 14, 2011**

by:  /s/  J. Donati
Deputy Clerk